IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROVASCULAR HEALTH SOLUTIONS, LLC, a Utah corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ORTHO MOLECULAR PRODUCTS, INC. a Wisconsin corporation,<br><br>Defendant. | Case No. 23-cv-4564<br><br>**Jury Trial Demanded** |

## COMPLAINT

Plaintiff Microvascular Health Solutions, LLC ("MVHS"), for its Complaint for Patent Infringement and Demand for Jury Trial against Defendant Ortho Molecular Products, Inc. ("Ortho" or "Defendant"), hereby states and alleges as follows:

### SUMMARY OF THE ACTION

1. This is an action for patent infringement arising under the laws of the United States of America. This is also an action for trademark infringement under the laws of the United States of America, Illinois state law, and common law.

2. Plaintiff MVHS is the owner of United States Patent Number 9,943,572 (the "'572 Patent") titled "Synergistic Glycocalyx Treatment Compositions and Methods." The '572 Patent covers methods for treating the endothelial glycocalyx, which is a gel-like lining the inside walls all blood vessels. MVHS's markets and sells its dietary supplement Endocalyx Pro to practice the invention of the '572 Patent.

3. Without license or authorization, Defendant Ortho induces customers of its dietary supplement Glycocalyx Pro to infringe the claims of the '572 Patent. Additionally, Ortho's use of the trademark GLYCOCALYX PRO on its dietary supplements used to treat the endothelial glycocalyx infringes MVHS's trademark ENDOCALYX PRO used in connection with its dietary supplement used to treat the endothelial glycocalyx.

4. MVHS advised Ortho that its marketing and sale of the Glycocalyx Pro dietary supplement induced infringement of the claims of the '572 Patent and infringed MVHS's trademark rights in the ENDOCALYX PRO mark. Nevertheless, Ortho has refused to cease its infringing conduct without authorization or license from MVHS.

5. Consequently, MVHS brings this action to put a stop to Ortho's infringement of the '572 Patent and ENDOCALYX PRO trademark.

## I. Parties

6. Plaintiff Microvascular Health Solutions, LLC is a Delaware corporation with a principal place of business at 175 West Canyon Crest, Suite 306, Alpine, Utah (hereafter "MVHS" or "Plaintiff").

7. Defendant Ortho Molecular Products, Inc. (hereafter "Ortho" or "Defendant") is a Wisconsin corporation with a principal place of business at 1991 Duncan Place, Woodstock, Illinois 60098.

## II. Jurisdiction and Venue

8. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 United States Code, §§ 1 *et seq*.

9. This is also an action for trademark infringement arising under the Lanham Act of

the United States, Title 15 United States Code, §§ 1114 *et seq*.

10. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action concerns the infringement of a United States patent and infringement of a trademark under the Lanham Act.

11. This Court also has jurisdiction over the related state and common law claims for trademark infringement pursuant to 28 U.S.C. § 1338(b) and supplemental jurisdiction under 28 U.S.C. § 1367.

12. This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant regularly transacts business in Illinois and this District and engages in other systematic and continuous contacts in Illinois and this District as its corporate offices are located in Illinois and this District. Further, upon information and belief, Defendant has committed related acts of trademark infringement and unfair competition in Illinois and this District that have caused harm to MVHS in Illinois by creating consumer confusion here.

13. Venue is proper in this District and Division pursuant to 28 U.S.C. §§ 1391(b)(1)-(2) and 1391(c)(2).

### III. FACTUAL BACKGROUND

#### a. MVHS and Its Patent Endocalyx Pro Product

14. MVHS is a world leader with regard to the study and treatment of the endothelial glycocalyx, which is a gel-like lining in all blood vessels. MVHS has developed a dietary supplement, Endocalyx Pro, that has been shown to restore, regenerate and protect the endothelial glycocalyx in dozens of peer-reviewed and published studies.

15. MVHS is the owner by assignment of U.S. Patent No. 9,943,572 (the "'572

Patent") titled "Synergistic Glycocalyx Treatment Compositions and Methods." The '572 Patent covers methods for treating the endothelial glycocalyx. MVHS's dietary supplement is covered by the '572 Patent through the marketing and sale of its dietary supplement Endocalyx Pro.

16. Endocalyx Pro is a proprietary blend of ingredients including fucoidan extracted from seaweed, glucosamine sulfate, hyaluronic acid, and other natural extracts. This patented proprietary blend provides the building blocks needed for a healthy endothelial glycocalyx, including polysaccharides to repair damages to the glycocalyx, amino sugars that enable the production of more glycocalyx, and antioxidants that protect the glycocalyx from damage.

17. Additionally, MVHS has spent considerable time and resources creating goodwill in its trademark ENDOCALYX PRO with its customers in Illinois and throughout the United States. As a result, MVHS's customers have come to recognize the mark ENDOCALYX PRO and to associate it with MVHS and its cutting edge work and products directed at restoring, regenerating and protecting the endothelial glycocalyx. As such, MVHS has common law trademark rights in the mark ENDOCALYX PRO.

### b. Ortho and Its Infringing Glycocalyx Pro Product

18. Ortho is a company that sells a variety of dietary supplements, including the supplement Glycocalyx Pro. Glycocalyx Pro is a dietary supplement that Ortho advertises to "preserve, protect and regenerate the endothelial glycocalyx" and to "strengthen the endothelial glycocalyx by providing the foundational building blocks that make up this delicate defensive barrier."

19. On information and belief, Ortho based its Glycocalyx Pro dietary supplement off MVHS's Endocalyx Pro dietary supplement.

20.     On information and belief, Ortho was aware of the '572 patent prior to beginning to sell the Glycocalyx Pro product to preserve, protect, regenerate and strengthen the endothelial glycocalyx.

21.     Ortho instructs its customers of Glycocalyx Pro to infringe at least claims 1 and 17 of the '572 patent as demonstrated in the following claim chart.

| | |
|---|---|
| 1.     A method of treating endothelial glycocalyx, the method comprising administering to a mammal in need thereof a composition comprising: | "Glycocalyx Pro is formulated to strengthen the endothelial glycocalyx by providing the foundational building blocks that make up this delicate defensive barrier." <br><br> "Clinical Applications <br><br> • Helps to Preserve, Protect and Regenerate the Endothelial Glycocalyx" <br><br> "Glycocalyx Pro provides a blend of the major constituents of the endothelial glycocalyx, including glycosaminoglycans, hyaluronan, fucoidan and marine polyphenols, which are designed to protect and regenerate the endothelial glycocalyx" <br><br> https://www.orthomolecularproducts.com/product/glycocalyx-pro |
| one or more molecular precursor of endothelial glycocalyx, comprising glucosamine, in an amount effective to increase production of endothelial glycocalyx; | **Supplement Facts** V1 <br> Serving Size 3 Capsules <br> Servings Per Container 30 <br><br> | | Amount Per Serving | % Daily Value | <br> |---|---|---| <br> | Calories | 10 | | <br> | Total Carbohydrate | 2 g | 1%* | <br> | Protein | <1 g | <1%* | <br> | Sodium | 15 mg | 1% | <br> | Potassium (from Glucosamine Sulfate Potassium Chloride USP) | 199 mg | 4% | <br> | Proprietary Blend | 2.3 g | | <br> | Glucosamine Sulfate Potassium Chloride USP | | ** | <br> | Fucus Vesiculosis Seaweed Extract (Whole Plant) (Maritech® Synergy) (Contains Fucoidan and Polyphenols) | | ** | <br> | Chicken Comb Extract (MOBILEE®) (Standardized to contain 40 mg Hyaluronic Acid) | | ** | <br><br> * Percent Daily Values are based on a 2,000 calorie diet. <br> ** Daily Value not established. |

| | |
|---|---|
| | "Clinical Applications<br><br>• Helps to Preserve, Protect and Regenerate the Endothelial Glycocalyx"<br><br>"Glycocalyx Pro provides a blend of the major constituents of the endothelial glycocalyx, including glycosaminoglycans, hyaluronan, fucoidan and marine polyphenols, which are designed to protect and regenerate the endothelial glycocalyx"<br><br>https://www.orthomolecularproducts.com/product/glycocalyx-pro |
| one or more antioxidant that associates with endothelial glycocalyx, comprising superoxide dismutase, in an amount effective to at least partially protect existing endothelial glycocalyx against damage caused by enzyme and/or oxidant; and | **Supplement Facts** V1<br>Serving Size 3 Capsules<br>Servings Per Container 30<br><br>| | Amount Per Serving | % Daily Value |<br>|---|---|---|<br>| Calories | 10 | |<br>| Total Carbohydrate | 2 g | 1%* |<br>| Protein | <1 g | <1%* |<br>| Sodium | 15 mg | 1% |<br>| Potassium<br>(from Glucosamine Sulfate Potassium Chloride USP) | 199 mg | 4% |<br>| Proprietary Blend | 2.3 g | |<br>| Glucosamine Sulfate Potassium Chloride USP | | ** |<br>| *Fucus Vesiculosis* Seaweed Extract (Whole Plant)<br>(Maritech® Synergy) (Contains Fucoidan and Polyphenols) | | ** |<br>| Chicken Comb Extract (MOBILEE®)<br>(Standardized to contain 40 mg Hyaluronic Acid) | | ** |<br><br>\* Percent Daily Values are based on a 2,000 calorie diet.<br>\*\* Daily Value not established.<br><br>It is known that *Fucus vesiculosus* has high activities of superoxide dismutase. *See, e.g.,* Angelika Graiff and Ulf Karsten, Antioxidative Properties of Baltic Sea Keystone Macroalgae (Fucus vesiculosus, Phaeophyceae) under Ocean Warming and Acidification in a Seasonally Varying Environment, Biology 2021, 10, 1330.<br><br>"Clinical Applications<br><br>• Helps to Preserve, Protect and Regenerate the Endothelial Glycocalyx"<br><br>"Glycocalyx Pro provides a blend of the major constituents of |

| | |
|---|---|
| | the endothelial glycocalyx, including glycosaminoglycans, hyaluronan, fucoidan and marine polyphenols, which are designed to protect and regenerate the endothelial glycocalyx" <br><br> https://www.orthomolecularproducts.com/product/glycocalyx-pro |
| one or more glycocalyx mimetic selected from the group consisting of a nonsulfated glycosaminoglycan, hyaluronan, a sulfated polysaccharide, and fucoidan, in an amount effective to increase the density of endothelial glycocalyx at a site of endothelial glycocalyx damage. | "Glycocalyx Pro provides a blend of the major constituents of the endothelial glycocalyx, including glycosaminoglycans, hyaluronan, fucoidan and marine polyphenols, which are designed to protect and regenerate the endothelial glycocalyx" <br><br> https://www.orthomolecularproducts.com/product/glycocalyx-pro |
| | |
| 17. A method of treating endothelial glycocalyx, the method comprising administering to a mammal in need thereof a composition comprising: | "Glycocalyx Pro is formulated to strengthen the endothelial glycocalyx by providing the foundational building blocks that make up this delicate defensive barrier." <br><br> "Clinical Applications <br><br> • Helps to Preserve, Protect and Regenerate the Endothelial Glycocalyx" <br><br> "Glycocalyx Pro provides a blend of the major constituents of the endothelial glycocalyx, including glycosaminoglycans, hyaluronan, fucoidan and marine polyphenols, which are designed to protect and regenerate the endothelial glycocalyx" <br><br> https://www.orthomolecularproducts.com/product/glycocalyx-pro |

| | | |
|---|---|---|
| one or more molecular precursor of endothelial glycocalyx, comprising **glucosamine** or a suitable salt or derivative thereof, in an amount effective to increase production of endothelial glycocalyx; | **Supplement Facts** <br> Serving Size 3 Capsules <br> Servings Per Container 30 <br><br> Amount Per Serving / % Daily Value <br> Calories 10 <br> Total Carbohydrate 2 g — 1%* <br> Protein <1 g — <1%* <br> Sodium 15 mg — 1% <br> Potassium 199 mg — 4% <br> (from Glucosamine Sulfate Potassium Chloride USP) <br><br> Proprietary Blend 2.3 g <br> **Glucosamine** Sulfate Potassium Chloride USP ** <br> *Fucus Vesiculosis* Seaweed Extract (Whole Plant) ** <br> (Maritech® Synergy) (Contains Fucoidan and Polyphenols) <br> Chicken Comb Extract (MOBILEE®) ** <br> (Standardized to contain 40 mg Hyaluronic Acid) <br><br> * Percent Daily Values are based on a 2,000 calorie diet. <br> ** Daily Value not established. | |
| one or more antioxidant that associates with endothelial glycocalyx, comprising **superoxide dismutase** or a suitable transition metal conjugate or derivative thereof, in an amount effective to at least partially protect existing endothelial glycocalyx against damage caused by enzyme and/or oxidant; and | **Supplement Facts** <br> Serving Size 3 Capsules <br> Servings Per Container 30 <br><br> Amount Per Serving / % Daily Value <br> Calories 10 <br> Total Carbohydrate 2 g — 1%* <br> Protein <1 g — <1%* <br> Sodium 15 mg — 1% <br> Potassium 199 mg — 4% <br> (from Glucosamine Sulfate Potassium Chloride USP) <br><br> Proprietary Blend 2.3 g <br> Glucosamine Sulfate Potassium Chloride USP ** <br> *Fucus Vesiculosis* Seaweed Extract (Whole Plant) ** <br> (Maritech® Synergy) (Contains Fucoidan and Polyphenols) <br> Chicken Comb Extract (MOBILEE®) ** <br> (Standardized to contain 40 mg Hyaluronic Acid) <br><br> * Percent Daily Values are based on a 2,000 calorie diet. <br> ** Daily Value not established. <br><br> It is known that *Fucus vesiculosus* has high activities of superoxide dismutase. *See, e.g.,* Angelika Graiff and Ulf Karsten, Antioxidative Properties of Baltic Sea Keystone Macroalgae (Fucus vesiculosus, Phaeophyceae) under Ocean Warming and Acidification in a Seasonally Varying Environment, Biology 2021, 10, 1330. | |
| one or more glycocalyx mimetic selected from the group consisting of a **hyaluronan** or a | "Glycocalyx Pro provides a blend of the major constituents of the endothelial glycocalyx, including glycosaminoglycans, **hyaluronan, fucoidan** and marine polyphenols, which are | |

| | |
|---|---|
| suitable salt or derivative thereof and fucoidan or a suitable salt or derivative thereof, in an amount effective to increase the density of endothelial glycocalyx at a site of endothelial glycocalyx damage. | designed to protect and regenerate the endothelial glycocalyx" https://www.orthomolecularproducts.com/product/glycocalyx-pro |

22. On information and belief, Ortho was aware of the '572 patent and that its customers using Glycocalyx Pro according to Ortho's instructions and marketing would infringe at least claims 1 and 17 of the '572 patent prior to launching its Glycocalyx Pro product.

23. At a minimum, Ortho became aware of the '572 patent and that its customers using Glycocalyx Pro according to Ortho's instructions and marketing were infringing at least claims 1 and 17 of the '572 patent on or about June 27, 2023, when it received a cease-and-desist letter informing it of its customers' infringement of the '572 patent.

24. Despite its knowledge of the '572 patent and of Glycocalyx Pro consumers' infringement of at least claims 1 and 17 of the '572 patent, Ortho launched Glycocalyx Pro and has continued to induce its consumers of Glycocalyx Pro to infringe the claims of the '572 patent by selling and distributing Glycocalyx Pro to those consumers with the intent that they will use Glycocalyx Pro to treat their endothelial glycocalyx in violation of the '572 patent.

**IV. Count One: Induced Patent Infringement of U.S. Patent No.**

25. MVHS incorporates all of the allegations in the preceding paragraphs as if fully set forth herein.

26. MVHS owns the '572 Patent by way of assignment.

27. Consumers of Glycocalyx Pro that use Glycocalyx Pro in accordance with the

instructions provided by Ortho directly infringe at least claims 1 and 17 of the '572 Patent as set forth in the claim chart provided above.

28. On information and belief, at all relevant times Ortho was aware of the '572 Patent and that consumers of its Glycocalyx Pro product infringe at least claims 1 and 17 of the '572 Patent.

29. On information and belief, Ortho intends consumers of Glycocalyx Pro to treat their endothelial glycocalyx as instructed by Ortho in violation of at least claims 1 and 17 of the '572 Patent.

30. MVHS has marked its Endocalyx Pro product used to practice the '572 Patent in accordance with 35 U.S.C. § 287(a).

31. As a result of the Ortho's acts inducing infringement of the '572 Patent, MVHS has been damaged and will continue to suffer damages in an amount to be proven at trial in accordance with 35 U.S.C. § 284.

32. Ortho's acts inducing infringement of the '572 Patent have been willful and this case is exceptional. MVHS is entitled to recover enhanced damages and reasonable attorneys' fees under 35 U.S.C. §§ 284 & 285.

33. Ortho's acts inducing infringement of the '572 Patent cause MVHS irreparable harm for which there is no adequate remedy available at law. In accordance with principles of equity and 35 U.S.C. § 283, Ortho's acts inducing infringement of the '572 Patent should be permanently enjoined.

## V. Count Two: Contributory Patent Infringement of U.S. Patent No.

34. MVHS incorporates all of the allegations in the preceding paragraphs as if fully

set forth herein.

35. MVHS owns the '572 Patent by way of assignment.

36. Consumers of Glycocalyx Pro that use Glycocalyx Pro in accordance with the instructions provided by Ortho directly infringe at least claims 1 and 17 of the '572 Patent as set forth in the claim chart provided above.

37. On information and belief, at all relevant times Ortho was aware of the '572 Patent and that consumers of its Glycocalyx Pro product infringe at least claims 1 and 17 of the '572 Patent.

38. Ortho intends consumers of Glycocalyx Pro to treat their endothelial glycocalyx as instructed by Ortho in violation of at least claims 1 and 17 of the '572 Patent.

39. MVHS has marked its Endocalyx Pro product used to practice the '572 Patent in accordance with 35 U.S.C. § 287(a).

40. The product Glycocalyx Pro has no substantial non-infringing use other than to treat the glycocalyx as Ortho advertises and instructs its consumers to do.

41. As a result of the Ortho's acts of contributory infringement of the '572 Patent, MVHS has been damaged and will continue to suffer damages in an amount to be proven at trial in accordance with 35 U.S.C. § 284.

42. Ortho's acts of contributory infringement of the '572 Patent have been willful and this case is exceptional. MVHS is entitled to recover enhanced damages and reasonable attorneys' fees under 35 U.S.C. §§ 284 & 285.

43. Ortho's acts of contributory infringement of the '572 Patent cause MVHS irreparable harm for which there is no adequate remedy available at law. In accordance with

principles of equity and 35 U.S.C. § 283, Ortho's acts inducing infringement of the '572 Patent should be permanently enjoined.

## VI. Count Three: False Designation of Origin and False Advertising Under § 43(a) of the Lanham Act

44. MVHS incorporates all of the allegations in the preceding paragraphs as if fully set forth herein.

45. In connection with its sale of Glycocalyx Pro, Ortho has used the GLYCOCALYX PRO mark that is likely to cause confusion, mistake, and/or deception as to the affiliation, connection, and/or association of that product with MVHS and/or its Endocalyx Pro product.

46. Ortho's use of the confusingly similar GLYCOCALYX PRO mark is likely to cause confusion, mistake and/or deception as to the origin, sponsorship and approval of Ortho's Glycocalyx Pro product, namely that it originates, is sponsored or approved by MVHS.

47. Ortho's infringement of MVHS's trademark rights in its mark ENDOCALYX PRO is willful.

48. This case is exceptional and MVHS is entitled to recover its reasonable attorneys' fees under 15 U.S.C. § 1117(a).

## VII. Count Four: State Law Unfair Competition; Illinois – 815 ILCS 510/2 and Common Law

49. MVHS incorporates all of the allegations in the preceding paragraphs as if fully set forth herein.

50. Ortho's activities in marketing and selling Glycocalyx Pro constitute passing off, unfair competition, unfair and deceptive trade practices and false designation of origin and have

caused and threaten to cause, great and irreparable harm to MVHS in violation of applicable state statutory and common law, including but not limited to the laws of the State of Illinois.

### VIII. Prayer for Relief

Wherefore, MVHS respectfully requests that the Court enter judgment in favor of MVHS:

A. Declaring that Ortho has unlawfully and willfully induced infringement of one or more claims of the '572 Patent;

B. Declaring that Ortho has unlawfully and willfully committed contributory infringement of one or more claims of the '572 Patent;

C. Awarding MVHS damages adequate to compensate for the Ortho's infringement of the '572 Patent, but in no event less than a reasonable royalty under 35 U.S.C. § 284;

D. Awarding MVHS costs, pre-judgment, and post-judgment interest, including in accordance with 35 U.S.C. § 284;

E. Awarding MVHS enhanced damages, in the form of treble damages, under 35 U.S.C. § 284;

F. Awarding MVHS its reasonable attorneys' fees under 35 U.S.C. § 285 and declaring that this is an exceptional case;

G. Granting MVHS a preliminary and permanent injunction against Ortho, its subsidiaries, affiliates, agents, employees, directors, licensees, servants, successors, assigns, and all others in privity or in concert with them, in accordance with principles of equity to prevent the violation of any right secured by the '572 Patent under 35 U.S.C. § 283;

H.  Declaring that Ortho has engaged in unfair competition and infringed MVHS's trademark rights in the mark ENDOCALYX PRO;

I.  Granting MVHS a preliminary and permanent injunction against Ortho its subsidiaries, affiliates, agents, employees, directors, licensees, servants, successors, assigns, and all others in privity or in concert with them, in accordance with principles of equity, to prevent them from registering or otherwise using any "GLYCOCALYX PRO" mark or any colorable imitation thereof in commerce;

J.  Ordering the destruction of all articles bearing the GLYCOCALYX PRO mark;

K.  Awarding MVHS damages adequate to compensate it for Ortho's wrongful activities in using the GLYCOCALYX PRO mark, together with interest;

L.  Finding Ortho's use of the GLYCOCALYX PRO mark to be an exceptional case and awarding MVHS its reasonable attorneys' fees under 15 U.S.C. § 1117(a); and

M.  Awarding MVHS such other and further relief as the Court may deem just and proper.

/

/

/

/

/

/

/

/

## IX. Jury Demand

MVHS respectfully requests a trial by jury on all issues related to the Complaint so triable pursuant to Federal Rule of Civil Procedure 38.

DATED this 14th day of July, 2023.   Respectfully submitted,

        MICROVASCULAR HEALTH SOLUTIONS, LLC

        By /s/Timothy K. Sendek
        One Of Their Attorneys

        Timothy K. Sendek
        **AKERMAN LLP**
        71 S. Wacker Dr., 47th Floor
        Chicago, IL 60606
        312-634-5700
        tim.sendek@akerman.com

        Chad E. Nydegger (*pro hac vice* to be filed)
        **WORKMAN NYDEGGER**
        1000 Eagle Gate Tower
        60 East South Temple
        Salt Lake City, UT 84111
        CNydegger@WNLaw.com