IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROVASCULAR HEALTH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ORTHO MOLECULAR PRODUCTS, INC.<br><br>Defendant. | Case No. 23-cv-4564 |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 OF DEFENDANT ORTHO MOLECULAR PRODUCTS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ortho Molecular Products, Inc. ("Ortho") hereby submits the following disclosure statement: Ortho has no parent company and no publicly held corporation owns 10% or more of Ortho's stock.

Dated: August 7, 2023

Respectfully submitted,

By: */s/Erik M. Bokar* .

Erik M. Bokar (IL ARDC No. 6326603)
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
bokare@gtlaw.com

Marc Rasich
Jonathan Lee
Greenberg Traurig, LLP
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: 801.478.6900
Facsimile: 801.994.9041
*marc.rasich@gtlaw.com*
*jonathan.lee@gtlaw.com*

*Attorneys for Defendant,*
*Ortho Molecular Products, Inc.*